## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-05364 |
| BLUBERI GAMING TECHNOLOGIES | ) | (Jointly Administered) |
| INC., ET AL. | ) | Chapter: 15 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing AGS, LLC To File Exhibits 1 to 8 to the Omnibus Declaration of Victor Gallo in Support of its Response to Verified Petitions for Recognition of Canadian Proceeding Under Chapter 15 and Motion for Order Granting Related Relief, and Provisional Order Under Chapter 15 Under Seal**

Upon the Motion for Order Authorizing AGS, LLC ("AGS") to File Exhibits 1 to 8 to the Omnibus Declaration of Victor Gallo (the "Gallo Declaration") in Support of its Response to Verified Petitions for Recognition of Canadian Proceeding Under Chapter 15 and Motion for Order Granting Related Relief, and Provisional Order Under Chapter 15 Under Seal (the "Motion to Seal"); due notice having been given; and the Court having jurisdiction to consider the Motion to Seal; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. section 107(b) and Rule 9018 of the Federal Rules of Bankruptcy procedure, the Court hereby authorizes AGS to file Exhibits 1 to 8 to the Gallo Declaration under seal.

2. Exhibits 1 to 8 to the Gallo Declaration shall be filed and maintained under seal pending further order of the Court.

3. Exhibits 1 to 8 to the Gallo Declaration shall be made available to the Court and the United States Trustee without further order of the Court, and, upon the close of the case, Exhibits 1 to 8 to the Gallo Declaration shall be disposed of pursuant to Local Rule 5005-4(G).

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Enter:

Honorable Timothy A. Barnes

United States Bankruptcy Judge

Dated:  March 15, 2016

**Prepared by:**

Nancy A. Peterman